**Motion Granted in Part and Order filed December 20, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00969-CV

———————

### RUTH R. HUGHS, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF THE STATE OF TEXAS, Appellant

### V.

### NEAL DIKEMAN, SHAWN KELLY, ROY, ERIKSEN, JARED WISSEL, SCOTT FORD, BILLY PIERCE, CHRISTINA FORD, CHARLIE STEVENS, AND NEKO ANTONIOU, Appellees

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2019-76841**

## ORDER

This is an accelerated appeal from an interlocutory order signed December 2, 2019. On December 18, 2019, appellant filed a motion in this court requesting temporary orders pursuant to Texas Rule of Appellate Procedure 29. Rule 29.3 provides that in an appeal from an interlocutory order, an appellate court may make "any temporary orders necessary to preserve the parties' rights until disposition of the appeal." Tex. R. App. P. 29.3.

Appellant requests that we stay all underlying proceedings in the trial court pending resolution of this interlocutory appeal.

It appears from the facts stated in the motion that appellant's rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we grant the motion **in part** and issue the following order.

We therefore ORDER as follows:

1. The **December 2, 2019 order** of the court below is stayed in trial court cause number 2019-76841, styled *Ruth R. Hughs, in her Official Capacity as Secretary of State of the State of Texas v. Neal Dikeman, Shawn Kelly, Roy Eriksen, Jared Wissel, Scott Ford, Billy Pierce, Christina Ford, Charlie Stevens and Neko Anoniou.*

2. The order is stayed until final decision by this court in this interlocutory appeal or until further orders of this court.

3. Appellant's request that all proceedings in the trial court be stayed remains pending before this court. Appellee is requested to file a response to that portion of appellant's motion on or before **January 10, 2020**.

4. Appellant's brief is due on or before January 6, 2020.


PER CURIAM


Panel consists of Justices Zimmerer, Spain and Hassan.